UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ANTHONY, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-MC-31 |
| | ) | (Jordan/Shirley) |
| JERRY WHEELER, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

## MEMORANDUM & ORDER

The plaintiff Anthony, Inc. moves for an enlargement of time to respond to the Joint Motion for Protective Order [Doc. 1]. For good cause shown, Plaintiff Anthony, Inc.'s Motion for Enlargement of Time to Respond to Non-Party Witnesses' Motion for Protective Order [Doc. 5] is **GRANTED**. The plaintiff shall have until **August 29, 2005** to file a response to the motion. The subpoenas which are the subject of the motion for protective order shall be held **IN ABEYANCE** pending further Orders of the Court.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge